

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2014

No. 04-13-00550-CV

Randy K. **SMITH**,
Appellant

v.

Lawrence **REID**, Royce Reid, Jennifer Heath and THL GP Inc.,
Appellees

From the 63rd Judicial District Court, Edwards County, Texas
Trial Court No. 3798
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED IN PART. Appellee's brief is due on or before May 7, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court